THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br>HIGH MESA, INC., ("**HMI**")<br>Debtor. | Case No. 20-30602 (Lead)<br>Chapter 7 |
| In re:<br>HIGH MESA HOLDINGS, LP. ("**HMH**"),<br>Debtor. | Case No. 20-30605<br>Chapter 7 |
| In re:<br>THE MERIDIAN RES. AND EXPL, LLC, ("**TMRE**")<br>Debtor. | Case No. 20-30606<br>Chapter 7 |
| In re:<br>CAIRN ENERGY USA, LLC ("**Cairn**"),<br>Debtor. | Case No. 20-30613<br>Chapter 7 |
| In re:<br>ALTA MESA ACQUISITION SUB, LLC ("**AMAS**"),<br>Debtor. | Case No. 20-30619<br>Chapter 7 |
| In re:<br>VIRGINIA OIL AND GAS, LLC ("**VOG**"),<br>Debtor. | Case No. 20-30641<br>Chapter 7 |

## WITNESS AND EXHIBIT LIST

The Trustee submits this Witness and Exhibit List jointly for the Trustee's Application for Compensation and Expenses in each of the above-captioned cases set for hearing on October 30, 2024 at 3pm before Judge Isgur. For convenience, all exhibits are filed only in the lead case.

**Witnesses:**

Chris Murray
Max Beatty
Rebuttal witnesses (if any)

**Exhibits:**

| Ex.# | Description | Offered | Objection | Admitted? | Disposition |
|---|---|---|---|---|---|
| 1 | Jointly Administered Case Status Report (HMI 981) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2 | HMI Notice of Final Report (“**NFR**”) (HMI 974) | | | | |
| 3 | HMI NFR BNC Cert. of Mailing (HMI 975) | | | | |
| 4 | HMI Notice of Hearing (HMI 976) | | | | |
| 5 | HMI Cert. of Service (HMI 979) | | | | |
| 6 | HMH NFR (HMH 24) | | | | |
| 7 | HMH NFR BNC Cert. of Mailing (HMH 25) | | | | |
| 8 | HMH Notice of Hearing (HMH 26) | | | | |
| 9 | HMH Cert. of Service (HMH 27) | | | | |
| 10 | TMRE NFR (TMRE 21) | | | | |
| 11 | TMRE NFR BNC Cert. of Mailing (TMRE 22) | | | | |
| 12 | TMRE Notice of Hearing (TMRE 23) | | | | |
| 13 | TMRE Cert. of Service (TMRE 24) | | | | |
| 14 | Cairn NFR (Cairn 18) | | | | |
| 15 | Cairn NFR BNC Cert. of Mailing (Cairn 19) | | | | |
| 16 | Cairn Notice of Hearing (Cairn 20) | | | | |
| 17 | Cairn Cert. of Service (Cairn 21) | | | | |
| 18 | AMAS NFR (AMAS 19) | | | | |
| 19 | AMAS NFR BNC Cert. of Mailing (AMAS 20) | | | | |
| 20 | AMAS Notice of Hearing (AMAS 21) | | | | |
| 21 | AMAS Cert. of Service (AMAS 22) | | | | |
| 22 | VOG NFR (VOG 21) | | | | |
| 23 | VOG NFR BNC Cert. of Mailing (VOG 22) | | | | |
| 24 | VOG Notice of Hearing (VOG 23) | | | | |
| 25 | VOG Cert. of Service (VOG 24) | | | | |
| | Rebuttal exhibits (if any) | | | | |

Respectfully submitted, October 28, 2024

*<u>/s/ Christopher Murray</u>*
602 Sawyer, Suite 400
Houston, TX 77007
chris@jonesmurray.com
832-529-1999
*Chapter 7 Trustee*